**UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**MONTGOMERY BANK, N.A.**

    **Plaintiff,**

**v.**

**ALICO ROAD BUSINESS PARK, LP; FRANZ J. ROSINUS; GOLD COAST FIRE PROTECTION, LLC; FERGUSON ENTERPRISES, INC.; WORLD ELECTRIC SUPPLY, INC.; GCM CONTRACTING SOLUTIONS, INC.; TRANE U.S., INC.; CFS FACILITY SERVICES, LLC A/K/A CFS ROOFING SERVICES, LLC; ALICO ROAD BUSINESS PARK CONDOMINIUM ASSOCIATION, INC.; LEE ROAD EXTENSION ASSOCIATION, INC.; FORMOSA 129 INDUSTRIAL PARK COMMUNITY ASSOCIATION, INC.; and VR LABS, INC.;**

    **Defendants.**

Case No. 2:13-cv-802-FtM-29UAM

**MOTION FOR JUDICIAL DEFAULT
AGAINST DEFENDANT TRANE U.S., INC.**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Montgomery Bank, N.A. hereby moves this Honorable Court for entry of a judicial default against Defendant Trane U.S., Inc. ("Trane"), and in support thereof states as follows:

1. As indicated in the Return of Service (Dkt. # 37), Trane was served with the Complaint in this matter on November 20, 2013.

2. Trane was served with the Amended Complaint (Dkt. #9) on December 6, 2013.

3.  Counsel for Trane filed a Notice of Appearance on January 3, 2014.  (Dkt. #25).

4.  Trane's counsel was served with the Second Amended Complaint via the Court's CM/ECF system on March 5, 2014.  (Dkt. #53)

5.  Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Trane has failed to plead or otherwise defend in accordance with law and Montgomery Bank, N.A. is entitled to the entry of a judicial default.

WHEREFORE, Montgomery Bank requests that this Honorable Court enter a judicial default against Trane together with such other and further relief this Court deems just and proper.

QUARLES & BRADY LLP

By: /s/ Christen Spake
    Philip V. Martino
    Florida Bar No.: 79189
    Christen Spake
    Florida Bar No. 72857
    Attorneys for Plaintiff
    101 East Kennedy Boulevard
    Suite 3400
    Tampa, FL 33602
    (813) 387-0263 Telephone
    (813) 387-1763 Facsimile
    Philip.martino@quarles.com
    Christen.spake@quarels.com
    Tina.budzisz@quarles.com
    Docketfl@quarles.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion for Judicial Default Against Defendant Trane U.S. Inc. was filed on April 16, 2014, using the Court's Florida E-filing Portal system and that a true and correct copy of the Motion for Judicial Default Against Defendant Trane U.S. Inc. was served on the following parties:

*Via regular U.S. Mail*

| | |
|---|---|
| CFS Facility Services, LLC<br>a/k/a CFS Roofing Services, LLC<br>c/o Frank J. Aloia, Jr., Esq.<br>2250 First Street<br>Fort Myers, FL 33901 | GCM Contracting Solutions, Inc.<br>c/o Robert W. Brown as Reg. Agent<br>16121 Lee Road<br>Suite 101<br>Fort Myers, Fl 33912 |

*And electronic mail to:*

| | |
|---|---|
| Michael D. Randolph, Esq.<br>Gray Robinson P.A.<br>8889 Pelican Bay Blvd.<br>Suite 400<br>Naples, Fl 34109<br>Phone: (239) 552-4810<br>Email service to:<br>  Michael.randolph@gray-robinson.com<br>  Debbie.helton@gray-robinson.com<br>Counsel for Gold Coast Fire Protection, LLC | John C. Hanson, II, Esq.<br>The Barthet Firm<br>200 South Biscayne Blvd., Suite 1800<br>Miami, FL 33131<br>Phone: (305) 347-5290<br>Email service to: jhanson@barthet.com<br>              prowell@barthet.com<br>              mmasi@barthet.com<br>Counsel for World Electric Supply, Inc. |
| Javier A. Pacheco, Esq.<br>Porter Wright Morris & Arthur, LLP<br>9132 Strada Place, Third Floor<br>Naples. FL 34109<br>Phone: (239) 593-2900<br>Email service to<br>jpacheco@porterwright.com<br><br>Counsel for Alico Road Business Park, LP, Franz J. Rosinus, Alico Road Business Park Condominium Association, Inc., Lee Road Extension Association, Inc., and Formosa 129 Industrial Park Community Assoc., Inc. | Michael Linton, Esq.<br>Steven F. Thompson, Esq.<br>Thompson & Brooks<br>412 E. Madison Street<br>Suite 900<br>Tampa, FL 33602<br>Phone: (813) 387-1821<br>Email service to:<br>dlinton@thompsonbrookslaw.com<br>Counsel for Ferguson Enterprises |

| | |
|---|---|
| Joseph D. Stewart, Esq. | Elizabeth M. Ryan, Esq. |
| Joseph D. Stewart, P.A. | Kass Shuler, P.A. |
| 2671 Airport Road South, | 1505 North Florida Avenue |
| Suite 302 | Tampa, FL 33602 |
| Naples, Fl 34112 | Phone: (813) 229-0900 |
| Phone: (239) 775-2500 | Fax:    (813) 229-3323 |
| Email service to: jstewart@jdslegal.com | Email service to:  eryan@kasslaw.com |
|                    pkullers@jdslegal.com |                     eserviceryan@kasslaw.com |
|                    jprice@jdslegal.com | Counsel for Trane US, Inc. |
| Counsel for VR Labs, Inc. | |

/s/ Christen Spake
Christen Spake

QB\26382652.1