UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **MONTGOMERY BANK, N.A.** <br><br> **Plaintiff,** <br><br> v. <br><br> **ALICO ROAD BUSINESS PARK, LP; FRANZ J. ROSINUS; GOLD COAST FIRE PROTECTION, LLC; FERGUSON ENTERPRISES, INC.; WORLD ELECTRIC SUPPLY, INC.; GCM CONTRACTING SOLUTIONS, INC.; TRANE U.S., INC.; CFS FACILITY SERVICES, LLC A/K/A CFS ROOFING SERVICES, LLC; ALICO ROAD BUSINESS PARK CONDOMINIUM ASSOCIATION, INC.; LEE ROAD EXTENSION ASSOCIATION, INC.; FORMOSA 129 INDUSTRIAL PARK COMMUNITY ASSOCIATION, INC.; and VR LABS, INC.;** <br><br> **Defendants.** | Case No. 2:13-cv-802-FtM-29UAM |

## DECLARATION OF CHRISTEN SPAKE

I, Christen Spake, Esq., declare as follows:

1. I am the attorney for the Plaintiff in the above-titled action.

2. The original summonses and complaint in this action were served on Defendant Trane U.S. Inc. on November 20, 2013 according to the executed return of service on file with the Clerk [Dkt. #37].

3. The First Amended Complaint was served December 6, 2013 by regular U.S. mail. [Dkt. No. 9].

4. The Second Amended Complaint was served via the Court's CM/ECF system on March 5, 2014. [Dkt. No.53]

5. The time within which Defendant Trane U.S., Inc. may answer or otherwise move as to the amended complaint is expired and neither an answer nor any other paper was docketed or served on the undersigned within the prescribed time.

**Pursuant to 28 U.S.C. § 1746**, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of April, 2014.

/s/ Christen Spake
Christen Spake

QB\26382773.1