UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MONTGOMERY BANK, N.A.,

    Plaintiff,

v.                                        Case No: 2:13-cv-802-FtM-29CM

ALICO ROAD BUSINESS PARK, LP, FRANZ J. ROSINUS, GOLD COAST FIRE PROTECTION, LLC, FERGUSON ENTERPRISES, INC., WORLD ELECTRIC SUPPLY, INC., GCM CONTRACTING SOLUTIONS, INC., TRANE U.S., INC., CFS FACILITY SERVICES, LLC, ALICO ROAD BUSINESS PARK CONDOMINIUM ASSOCIATION, INC., LEE ROAD EXTENSION ASSOCIATION, INC., FORMOSA 129 INDUSTRIAL PARK COMMUNITY ASSOCIATION, INC., VR LABS, INC. and GOLD COAST FIRE AND SECURITY, INC.,

    Defendants.

## ORDER

Before the Court is the parties' Agreed Motion to Waive Personal Appearance for Case Management Report ("Agreed Motion") (Doc. 76), filed on April 25, 2014. The Agreed Motion asks the Court to waive the in-person meeting requirement of the Case Management Report, and in support states that the parties have already conferred via email and have fully agreed to all matters regarding the Case Management Report. Doc. 73 at 1.

Middle District of Florida Local Rule 3.01(i) states that the use of telephonic hearings and conferences is encouraged whenever possible. Upon consideration of the parties' Agreed Motion, and in the spirit of the Local Rules, the Court will waive the in-person requirement of the Case Management Report. To the extent the parties need meet further with regard to submission of the Report, they may do so telephonically. Moreover, since the Court is waiving the in-person requirement pursuant to the Agreed Motion, Defendant World Electric Supply, Inc.'s Motion for Telephonic Appearance at Case Management Report's Required In Person Meeting and/or Waiving In Person Meeting Requirement will be denied as moot.

ACCORDINGLY, it is hereby

ORDERED:

1. The parties' Agreed Motion to Waive Personal Appearance for Case Management Report (Doc. 76) is **GRANTED**. To the extent the parties need meet further with regard to submission of the Report, they may do so telephonically.

2. Defendant, World Electric Supply, Inc.'s Motion for Telephonic Appearance at Case Management Report's Required In Person Meeting and/or Waiving In Person Meeting Requirement (Doc. 73) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 25th day of April, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record